UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:05CR211-V

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>(10) JAVIER VASQUEZ MORENO )<br>_____ ) | ORDER DISMISSING INDICTMENT<br>and SUPERSEDING INDICTMENT |

Upon the Government's motion, leave of Court is hereby granted for the dismissal of the Bill of Indictment and Superseding Indictment (as it pertains to **JAVIER VASQUEZ MORENO** only) in the above-captioned case without prejudice.

SO ORDERED.

Signed: August 2, 2011

Richard L. Voorhees
United States District Judge